STEVEN G. KALAR
Federal Public Defender
GALIA AMRAM (CABN 250551)
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415) 436-7700
Facsimile:    (415) 436-7706
Galia_Amram@fd.org

Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 91-CR-684 |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| DWAYNE M. FIELDS, | |
| Defendant. | |

**I.   STIPULATION**

The parties in this case agree and jointly request the Court move the status hearing on the Form 12 in the above captioned case from March 1, 2016 to March 15, 2016 at 2:00p.m.  The reason for this request is that AFPD Amram is unable to attend Court on March 1st, as she will be out of town.  Probation Officer Jennifer Hutchings has been informed of, and does not object to, this continuance.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER
CR No.: 91-CR-684 WHA                                                    1

BRIAN STRETCH
Acting United States Attorney

DATED:   February 8, 2016          _____/s/_____
DEBORAH DOUGLAS
Assistant United States Attorney

DATED:   February 8, 2016          _____/s/_____
GALIA AMRAM
Attorney for Defendant Dwayne Fields

## [PROPOSED] ORDER

For the reasons stated above the Court hereby CONTINUES the status hearing in the aforementioned case from March 1, 2016 to March 15, 2016 at 2:00p.m.

IT IS SO ORDERED.

DATED: February 9, 2016.          _____
THE HONORABLE WILLIAM ALSUP
United States District Judge